**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

GERARDO MARQUINA,
    Petitioner,

vs.                                       Case No. 3:04cv384/MCR/EMT

WARDEN DONALD BAUKNECHT,
    Respondent.
                                      /

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 2, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) is **DENIED** and the clerk is directed to close the file.

    **DONE AND ORDERED** this 12th day of August, 2005.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE**